**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| General Motors Corporation; and its Insurer, Associated Aviation Underwriters )<br><br>Plaintiffs,<br><br>vs.<br><br>Maritz, Inc., Maritz Travel Company, and Maritz Travel Associates,<br><br>Defendants. | No. 02-CV-2132-PHX-PGR<br><br>**ORDER** |

Pending before the Court is the Stipulation (Doc. 107) filed by the parties to extend specific discovery deadlines. As set forth in the Scheduling Order of June 30, 2008, this Court will not entertain any stipulations to continue deadlines. (Doc. 105.) Therefore, the Court will consider this a Motion for Extension for Time.

Furthermore, despite the parties' failure to provide the Court with good cause for such extensions, the Court will grant this extension as a **one-time courtesy**.[1] However, counsel is advised that when a motion for such a change to a court order is made, a reason shall be set forth for the Court to consider, and "very good cause" shall be established for such

---

[1] Counsel is advised that future failure to comply with this Court's Orders or the Local and/or Civil Rules of Procedure will result in papers being stricken from the docket.

changes.[2] (Doc. 105.)  Considering the deadlines have already passed for the foregoing discovery deadlines,

IT IS HEREBY ORDERED **GRANTING** the Motion[3]. (Doc. 107.)  The deadline for the disclosure of expert witnesses is hereby changed from **October 24, 2008 to November 17, 2008** and the deadline for rebuttal expert witnesses is hereby changed from **November 21, 2008** to **December 12, 2008.** (Doc. 107.)

IT IS FURTHER ORDERED that all other deadlines set forth in this Court's Scheduling Order, dated June 30, 2008, shall remain as stated therein. (Doc. 105.)

DATED this 12th day of November, 2008.

Paul G. Rosenblatt
United States District Judge

---

[2] Simply stating in a proposed order that "good cause appears therefor" does not establish good cause.

[3] Titled Stipulation on the Docket.

- 2 -