**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| General Motors Corporation, et. al.,<br>        Plaintiffs,<br><br>   v.<br><br>Maritz, Inc., et al.,<br>        Defendants. | CV 02-2132-PHX-PGR<br><br>**ORDER** |

Currently before the Court is the parties' Joint Motion to Amend the Court's Post Remand Scheduling Order entered June 30, 2008. The parties seek to add the following case management deadlines:

1.	The parties shall disclose all lay witnesses no later than **January 23, 2009**; and

2.	All lay witness depositions shall be completed no later than **February 28, 2009**.

These deadlines comply with Rule 26(a)(3) and there are no such deadlines currently included in the Court's Order. Good cause appearing,

IT IS HEREBY ORDERED **GRANTIN**G the parties' Joint Motion to Amend the Court's Post Remand Scheduling Order. The parties shall disclose all lay witnesses no later than **January 23, 2009**, and all lay witness depositions shall be completed no later than **February 28, 2009**.

DATED this 3rd day of December, 2008.

Paul G. Rosenblatt
United States District Judge